**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | NO. 1:10-CV-813 |
| | § | |
| **$10,247.00 IN UNITED STATES** | § | |
| **CURRENCY**, *et al.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Hon. Earl S. Hines, United States Magistrate Judge, pursuant to Order of Reference entered on December 17, 2010. On August 8, 2011, this case was reassigned to United States Magistrate Judge Zack Hawthorn. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the Government's "Motion for Default Judgment" (Docket No. 8) and enter final judgment.

The magistrate judge's report and recommendation is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is vacated.

So **ORDERED** and **SIGNED** this **13** day of **September, 2011.**

_____
Ron Clark, United States District Judge